1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUDLEY SIMON, on behalf of himself, all others similarly situated, | No. 2:20−cv−00211 JAK (ASx) |
| Plaintiffs, | **ORDER RE STIPULATION TO CONTINUE CLASS CERTIFICATION-RELATED MOTION HEARING DATES (DKT. 44)** |
| v. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a National Banking Association; and DOES 1 through 100, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on a review of the Stipulation to Continue Class Certification-Related Motion Hearing Dates (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. The hearing on Plaintiff's Motion for Class Certification (Dkt. 22) and Plaintiff's Motion for Leave to Add New Class Representative (Dkt. 34) shall be continued from September 20, 2021, to November 1, 2021, at 8:30 a.m. No further briefing on the motions shall be filed; provided, however, this is without prejudice to the filing of an application for leave to do so.

/  /

/  /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED.**

DATED:  September 16, 2021

_____
John A. Kronstadt
United States District Judge

2