# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUDLEY SIMON, on behalf of himself, all others similarly situated, Plaintiff, v. WELLS FARGO BANK NATIONAL ASSOCIATION, a National Banking Association and DOES 1-10, inclusive, Defendants. | No. 2:20-cv-00211-JAK-AS **ORDER RE PROPOSED INTERVENTOR JOSEPHINE EASTON'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE (DKT. 88)** |

Based on a review of Proposed Intervenor Josephine Easton's Notice of Withdrawal of Motion to Intervene (Dkt. 88), sufficient good cause has been shown for the requested relief. Therefore, Proposed Intervenor Josephine Easton's Motion to Intervene (Dkts. 67, 68) and Renewed Motion to Intervene (Dkt. 81) (collectively, the "Motions") are **WITHDRAWN**. All parties and the proposed intervenor will bear their own attorney's fees and costs in connection with the Motions.

**IT IS SO ORDERED.**

DATED: February 2, 2023

John A. Kronstadt
United States District Court