# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAUDLEY SIMON, on behalf of himself, all others similarly situated,<br><br>  Plaintiff,<br>vs.<br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a National Banking Association; and DOES 1 through 100, inclusive,<br><br>  Defendants. | No. 2:20-cv-00211 JAK (ASx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE CLOSED** |

1

On January 22, 2024, an order was entered in this action granting final approval (the "Final Approval Order") of the Class Action Settlement Agreement and Release between Plaintiff and Defendant (the "Class Settlement Agreement" or the "Settlement").

In accordance with the Final Approval Order, IT IS HEREBY ADJUDGED AND DECREED AS FOLLOWS:

1. The Settlement Class, which is defined as "the Branch Banking Settlement Class, the Meal & Rest Period Premium Settlement Class, and the Waiting Time Penalty Settlement Class," is certified and defined as follows:

   a. The "Branch Banking Settlement Class" is comprised of (1) all employees of Wells Fargo Bank, N.A. ("Wells Fargo") who worked in a non-exempt position at a Wells Fargo bank branch in California from December 2, 2015, through April 16, 2022, who were hired prior to December 11, 2015, and (2) all employees of Wells Fargo who worked in a non-exempt position at a Wells Fargo bank branch in California from November 20, 2018, through April 16, 2022, who were hired or re-hired on or after December 11, 2015. The Branch Banking Settlement Class excludes any person whose claim is entirely barred by the settlement in *Wells Fargo Bank Wage and Hour Cases*, Los Angeles County Superior Court, Case No. JCCP 4702. The Class Period for this class is from December 2, 2015, through April 16, 2022.

   b. The "Meal & Rest Period Premium Settlement Class" is defined as all California non-exempt Wells Fargo employees who received a meal or rest period premium payment during a time period covered by applicable nondiscretionary incentive compensation from December 2, 2015, through December 31, 2021. The Meal & Rest Period Premium Settlement Class excludes any person whose claim is entirely barred by the settlement in *Hernandez v. Wells Fargo Bank, N.A., et al.*, Santa Clara County Superior

Court, Case No. 16CV299319.  The Class Period for this class is from December 2, 2015, through December 31, 2021.

   c. The "Waiting Time Penalty Settlement Class" is defined as all Branch Banking Settlement Class Members and all Meal & Rest Period Premium Settlement Class Members whose employment with Wells Fargo terminated on or after December 2, 2016.  The Class Period for this class is from December 2, 2016, through April 16, 2022.

  2. Plaintiffs, all Participating Class Members, and all PAGA Group Members shall be bound by the Class Settlement Agreement, including the releases provided therein.  This Judgment permanently enjoins, bars, and forever precludes Plaintiffs, all Participating Class Members and all PAGA Group Members from initiating, pursuing, or prosecuting in any forum (or allowing to be initiated, pursued, or prosecuted in their own right or on their behalf) any of the Released Claims against any of the Released Parties as set forth in the Class Settlement Agreement.

   a. "Participating Class Members" means all members of the Settlement Class who did not submit a timely and valid Request for Exclusion from the Settlement.  The following individuals timely requested exclusion from the Settlement and are therefore not Participating Class Members: Cynthia Kohl Miller, Ana Mata, Carolina Newman, Manuel Isaac Quintana, Kian Fadaee, and Tran Nguyen.

   b. "PAGA Group Members" are all Settlement Class members who worked at Wells Fargo between November 20, 2018, and April 16, 2022.

  3. The Gross Settlement Amount shall be distributed in the manner set forth in the Class Settlement Agreement subject to the terms of the Final Approval Order, which approved the following deductions:

      a.    An enhancement award to Plaintiff Simon in the amount of $5000 and to Plaintiff Zamora in the amount of $2500.

      b.    An award of attorneys' fees in the amount of $2,000,000 and litigation costs in the amount of $44,242.80.

      c.    Settlement administration costs in the amount of $69,667.00.

      d.    $200,000 in settlement of the PAGA claims, with $150,000 to be paid to California's Labor and Workforce Development Agency, and the remaining $50,000 to be distributed on a pro-rata basis to PAGA Group Members.  PAGA Group Members will be bound by the PAGA release contained in the Class Settlement Agreement whether or not they requested exclusion from the Settlement.  The settlement of Plaintiffs' PAGA claim is approved pursuant to California Labor Code Section 2699(l).

4.    Except as set forth in the Class Settlement Agreement and the Final Approval Order, Plaintiffs, Participating Class Members, and PAGA Group Members shall take nothing by this Action.

5.    Each party shall bear his/her/its own attorney's fees and costs except as otherwise provided in the Class Settlement Agreement and the Final Approval Order.

6.    Without affecting the finality of this Judgment, jurisdiction over the implementation, administration, and enforcement of this judgment and the Settlement and all matters ancillary thereto is reserved.

7. Based on the foregoing, in accordance with Fed. R. Civ. P. 58, and the finding that no reason exists for delay in ordering final judgment pursuant to fed. R. Civ. P. 54(b), the Clerk shall enter this judgment forthwith, thereby dismissing the action with prejudice.

**IT IS SO ORDERED.**

DATED: January 31, 2024

John A. Kronstadt
United States District Judge

1  Submitted by:

2

3  Shaun Setareh (Cal. State Bar No. 204514)
     shaun@setarehlaw.com
4  Thomas Segal (Cal. State Bar No. 222791)
     thomas@setarehlaw.com
5
   Farrah Grant (Cal. State Bar No. 293898)
6    farrah@setarehlaw.com
7  SETAREH LAW GROUP
   9665 Wilshire Boulevard, Suite 430
8  Beverly Hills, California 90212
9  Telephone (310) 888-7771
   Facsimile (310) 888-0109
10

11  Attorneys for Plaintiffs
    CAUDLEY SIMON and
12  NATALIA ZAMORA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28